```
1  R. Keramati, SBN 182425
2  Western Legal Group, APC.
   110 West C Street, Suite 1300
3  San Diego, California 92101
   Telephone (619) 231-2529
4  Facsimile (619) 231-2528
5
6  Attorney for Material Witness
```

FILED

2006 SEP 13 AM 9:20

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     vs.<br><br>MARIA INES CONTRERAS-MENDEZ<br><br>     Defendant(s) | Case No. **06cr1752-DMS (RBB)**<br><br>EX PARTE APPLICATION AND ORDER TO EXONERATE THE APPEARANCE BOND FOR THE MATERIAL WITNESS ROSA RAMIREZ-ANGUIANO |

### EX PARTE APPLICATION

I, Ray Keramati, attorney for the above named material witness submit this ex parte application and order to exonerate the appearance bond securing the attendance of the material witness for this case.

This Application is made after authorization was obtained from the Office of the United States Attorney to remand the Material Witness to the United States Bureau of Customs and Border Protection, and after the Material Witness was remanded to the custody of the United States Bureau of Customs and Border Protection for a voluntary return to Mexico.

////

////

SEP 11 2006

1    On behalf of the Material Witness and the surety who signed the Appearance Bond for
2 the Material Witness, I respectfully request the Court exonerate the Material Witness Bond, and
3 return the cash deposit in the amount of $500.00 currently on deposit to the Court securing the
4 Material Witness' bond.

7 DATED: 9-8-06

R. KERAMATI

**ORDER**

10    **It is hereby Ordered** that the personal surety bond of $5000.00 which secured the
11 presence of material witness, ROSA RAMIREZ-ANGUIANO, be exonerated forthwith, and the
12 cash deposit of $500.00 be returned to the surety Pedro Rangel, at the following address:
13 2501 W. Sunflower Ave. #F5, Santa Ana, CA 92704.

16 Dated: 9/12/2006

UNITED STATES MAGISTRATE COURT JUDGE